# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

No: 13-4059/13-4354

---

Filed: August 04, 2014

In re: KBC ASSET MANAGEMENT N.V.

    Movant - Appellant

-----------------------------

FLORIDA CARPENTERS REGIONAL COUNCIL PENSION PLAN

    Plaintiff

1:12cv2001 - PAG

v.

EATON CORPORATION; ALEXANDER M. CUTLER; MARK M. MCGUIRE; VICTOR J. LEO; TARAS G SZMAGALA, JR.; DONALD J. MCGRATH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/11/2014 the mandate for this case hereby issues today.   Affirmed


COSTS:  None